**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| LEON C. TAYLOR, | : | Case No. 2:25-cv-1162 |
| | : | |
| Petitioner, | : | District Judge James L. Graham |
| | : | Magistrate Judge Kimberly A. Jolson |
| vs. | : | |
| | : | |
| CYNTHIA DAVIS, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER AND REPORT AND RECOMMENDATION**

On April 16, 2026, following Petitioner's failure to comply with two Deficiency Orders directing him to either pay the $5.00 filing fee in this 28 U.S.C. § 2241 habeas corpus action or file a completed application for leave to proceed without payment of fees pursuant to 28 U.S.C. § 1915(a), the Undersigned issued a Report and Recommendation recommending that this case be dismissed for want of prosecution. (Doc. 12).

On May 6, 2026, Petitioner filed a Notice containing the previously omitted account information. (*See* Doc. 15, at PageID 75). Because Petitioner has now provided the requested information, the April 16, 2026 Report and Recommendation (Doc. 12) is hereby **WITHDRAWN.**

The Undersigned turns now to Petitioner's application for leave to proceed *in forma pauperis* (Docs. 9; 11), as supplemented (Doc. 15, at PageID 75), to assess whether or not he has insufficient funds in his prison account to initiate this action without payment of fees. As noted above, the total filing fee due in this § 2241 action is $5.00. Petitioner's application reveals that, as of April 30, 2026, he had $464.81 on account to his credit, with average monthly deposits of $48.67. (*See id*.). The application thus demonstrates that Petitioner has sufficient funds available to pay the full $5.00 filing fee in order to institute this action.

Accordingly, it is **RECOMMENDED** that Petitioner's application for leave to proceed *in forma pauperis* (Docs. 9; 11), as supplemented (Doc. 15, at PageID 75), be **DENIED** and that Petitioner be ordered to pay the full filing fee of $5.00 within **thirty (30) days** of the date of any Court Order adopting this Report and Recommendation.  Petitioner should be notified that his failure to pay the full filing fee within the thirty-day period may result in the dismissal of this action for want of prosecution.

Date:  May 8, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

## PROCEDURE ON OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.   This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).  *See also Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).