**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| Leon C. Taylor, | : | |
| | : | **Case No. 2:25-cv-01162** |
| Petitioner, | : | |
| v. | : | **Judge Graham** |
| | : | |
| Cynthia Davis, *et al.*, | : | **Magistrate Judge Jolson** |
| | : | |
| Respondents. | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations ("R&R") of United States Magistrate Judge Jolson (doc. 16), recommending that Petitioner Leon C. Taylor's motion to proceed *in forma pauperis* (doc. 11) be denied. No objections to the R&R have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Finding no clear error in the R&R, the Court hereby **ADOPTS** the same.

Accordingly, it is hereby **ORDERED** that the Petitioner's motion to proceed *in forma pauperis* is **DENIED**. Petitioner is **ORDERED** to pay the full filing fee of $5.00 within thirty (30) days of the date of this Order.


   **IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: June 8, 2026